■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v DARREN STATON, Appellant. [653 NYS2d 866] —Appeal by the defendant from a judgment of the Supreme Court, Queens County (Blumenfeld, J.), rendered May 23, 1994, convicting him of unlawful imprisonment in the first degree and criminal possession of a weapon in the fourth degree, upon a jury verdict, and imposing sentence.

Ordered that the judgment is affirmed.

Viewing the evidence in the light most favorable to the prosecution *(see, People v Contes,* 60 NY2d 620), we find that it was legally sufficient to establish the defendant's guilt of the crime of unlawful imprisonment in the first degree beyond a reasonable doubt *(see, People v Logan,* 198 AD2d 439; *People v Vasquez,* 191 AD2d 659; *People v Fogler,* 184 AD2d 270; *see generally, People v Colavito,* 126 AD2d 554, *affd* 70 NY2d 996). Moreover, upon the exercise of our factual review power, we are satisfied that the verdict of guilt was not against the weight of the evidence *(see,* CPL 470.15 [5]).

The sentencing court acted within its discretion in adjudicating the defendant to be a persistent felony offender *(see, People v Dell'Orfano,* 217 AD2d 588; *People v Suitte,* 90 AD2d 80).

The defendant's remaining contentions, including those in his supplemental *pro se* brief, are either unpreserved for appellate review or without merit. Miller, J. P., Joy, Altman and Goldstein, JJ., concur.